RECEIVED
Western District of Washington
at Seattle

NOV -6 2009

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

In re:  ) SECTION 347 (a) UNCLAIMED
    ) PROPERTY REPORT
  Various debtors-- )
  See attached listing )
    )

Pursuant to Section 347(a) of the Bankruptcy Code and Rules of Bankruptcy Procedure 3010 and 3011, the undersigned Trustee hereby reports on the attached listing the names and addresses of the persons and amounts, which they are entitled to be paid from remaining property of the estate.

Unclaimed funds in the amount of **$ 629.33** paid to the above-entitled Court.

Dated this 5th day of November 2009.

_David M. Howe, Trustee_

Section 347(a)
Unclaimed Property Report

# UNCLAIMED PROPERTY

| Debtor | Creditor | Check Number | Amount |
|---|---|---|---|
| 07-43325<br>William Frederick Phillips III<br>Susan Michele Phillips<br>2905 Grandview Drive W<br>University Place WA 98466 | Debtor Refund<br>Case Dismissed<br>Bad Address | 324748 | 614.33 |
| 08-43695<br>Charles Edward Allen<br>5512 108th St<br>Lakewood WA 98499 | Debtor Refund<br>Case Dismissed<br>Bad Address | 324742 | 15.00 |